■ In the Matter of the Estate of R. HERNDON AUSTIN, Also Known as ROBERT H. AUSTIN, Deceased. BERTHA B. AUSTIN, Appellant; CYNTHIA A. Cox et al., Respondents.—Appeal from an amended decree of the Surrogate's Court of Broome County (Thomas, S.), entered May 31, 1985, which construed decedent's last will and testament.

Decree affirmed, with costs, upon the opinion of Broome County Surrogate John M. Thomas. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.